**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0831

Aleshia and David Carey

- - Versus - -

United Property and Casualty Insurance Company

17th Judicial District Court
Case #: 143802
Lafourche Parish

On Application for Rehearing filed on 06/08/2023 By Aleshia and David Carey

Rehearing _____Denied_____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris Hester

Date ___JUN 1 4 2023___

_____
Rodd Naquin, Clerk